IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ALVIN WILLIS | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv283 |
| DAVID DOUGHTY, ET AL | § | |

<u>FINAL JUDGMENT</u>

This action came on before the Court, and the issues having been duly considered and a decision rendered, it is

**ORDERED** and **ADJUDGED** that this lawsuit is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the 10 day of **May, 2005.**

_____
Thad Heartfield
United States District Judge